**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REYNOLDS CONSUMER PRODUCTS LLC; and SOUTHWIRE COMPANY, LLC   -v-   GLENCORE AG, et al. | Plaintiff,  Defendant. |

Case No. 1:16-cv-05955

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

REYNOLDS CONSUMER PRODUCTS LLC      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Reynolds Consumer Products Holdings LLC is the parent company of Reynolds Consumer Products LLC.  There is no publicly held company owning 10% or more of the stock of Reynolds Consumer Products LLC.

**Date:** 8/2/16

_(signature)_

**Signature of Attorney**

**Attorney Bar Code:** LB4686