IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REYNOLDS CONSUMER PRODUCTS LLC; and SOUTHWIRE COMPANY, LLC,<br><br>   Plaintiffs,<br><br> v.<br><br>GLENCORE AG; GLENCORE, LTD.; GLENCORE INTERNATIONAL AG; GOLDMAN SACHS & CO.; GOLDMAN SACHS INTERNATIONAL; HENRY BATH LLC; J. ARON & COMPANY; JPMORGAN CHASE BANK, N.A.; JP MORGAN SECURITIES PLC; METRO INTERNATIONAL TRADE SERVICES, LLC; MITSI HOLDINGS LLC; ACCESS WORLD (USA) LLC; ACCESS WORLD AG; and ACCESS WORLD (VLISSINGEN) BV.<br><br>   Defendants. | Case No. 1:16-cv-5955<br><br>THE HONORABLE KATHERINE B. FORREST<br><br>PLAINTIFFS' NOTICE OF MOTION TO RECONSIDER THE COURT'S OCTOBER 5, 2016 ORDER DISMISSING PLAINTIFFS' COMPLAINT AND AMEND THE JUDGMENT |

   PLEASE TAKE NOTICE that, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and Local Rule 6.3, Plaintiffs Reynolds Consumer Products LLC and Southwire Company, LLC (collectively, "Plaintiffs") hereby move this Court, before the Honorable Judge Katherine B. Forrest, United States District Judge for the Southern District of New York— Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York 10007—to reconsider the Court's October 5, 2016 Order dismissing Plaintiffs' Complaint and amend the judgment.

Dated: October 19, 2016
   New York, New York

               Respectfully submitted,

               LOUIS F. BURKE, P.C.

               By: */s/Leslie Wybiral*
               Leslie Wybiral, Esq.
               Louis F. Burke, Esq.
               460 Park Avenue, 21ST Floor
               New York, NY 10022

Tel:  (212) 682-1700
Fax:  (212) 808-4280
lburke@lfblaw.com
lwybiral@lfblaw.com

*Attorneys for Plaintiffs*

HONIGMAN MILLER SCHWARTZ AND COHN LLP

Robert J. Palmersheim, Esq.
David E. Koropp, Esq.
Anand C. Mathew, Esq.
Matthew G. Mrkonic, Esq.
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Tel: (312) 701-9339
Fax: (312) 701-9335
RPalmersheim@honigman.com
DKoropp@honigman.com
AMathew@honigman.com
MMrkonic@honigman.com

*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice*

22901189.2

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

I certify under the laws of the United States of America that the foregoing is true and correct.

Dated: October 19, 2016
New York, New York

                                                */s/Leslie Wybiral*
Leslie Wybiral
LOUIS F. BURKE PC
460 Park Avenue, 21st Floor
New York, NY 10022
(212) 682-1700
lwybiral@lfblaw.com