# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 21 2016

October 21, 2016

<u>Via ECF</u>

The Honorable Katherine B. Forrest,
   United States District Court,
      Southern District of New York,
         500 Pearl Street,
           New York, New York 10007.

    Re:   *In re Aluminum Antitrust Warehousing Litig.*, No. 13-md-02481-KBF, *AGFA Corp. v. Goldman Sachs Grp., Inc.*, No. 14-cv-00211-KBF *Mag Instrument, Inc. v. Goldman Sachs Grp., Inc.*, 14-cv-00217-KBF, *Eastman Kodak Co. v. Goldman Sachs Grp., Inc.*, 14-cv-06849-KBF, *FUJIFILM Mfg., U.S.A., Inc. v. Goldman Sachs Grp., Inc.*, No. 15-cv-08307-KBF, *Reynolds Consumer Prods. LLC v. Glencore AG*, No. 16-cv-5955-KBF

Dear Judge Forrest:

    I write on behalf of all Defendants in the above-captioned actions filed by the Individual Plaintiffs. We have received (i) the October 19, 2016 motion to reconsider (16-cv-05955, ECF No. 67) filed by Plaintiffs Reynolds Consumer Products LLC and Southwire Company, LLC., and (ii) the October 20, 2016 memorandum (ECF No. 1084) filed by Plaintiffs Agfa Corporation, Agfa Graphics, N.V., Mag Instrument, Inc., Eastman Kodak Company and FUJIFILM Manufacturing U.S.A., Inc. pursuant to the Court's October 13, 2016 Order. Defendants intend to submit a single joint response to both submissions by the Individual Plaintiffs on Wednesday, October 26, 2016.

                           Respectfully,

                           Richard C. Pepperman, II

cc:   All Counsel (via ECF)

---

<u>Ordered</u>

Fine. Plaintiffs in each case would have until 11/3/16 to reply, at which time the matter shall be fully briefed. KBF 10/21/16
SO ORDERED