AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Reynolds Consumer Products LLC et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:16-cv-05955 |
| Glencore AG et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Glencore, Ltd.                                                                                      .

Date:    09/11/2019                                              /s/ Nathaniel Ament-Stone
                                                                              *Attorney's signature*

                                                                    Nathaniel Ament-Stone
                                                              *Printed name and bar number*

                                                              Curtis, Mallet-Prevost, Colt & Mosle LLP
                                                                              101 Park Avenue
                                                                        New York, New York 10178
                                                                                  *Address*

                                                                    nament-stone@curtis.com
                                                                              *E-mail address*

                                                                            (212) 696-6065
                                                                          *Telephone number*

                                                                              *FAX number*