UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
REYNOLDS CONSUMER PRODUCTS LLC and
SOUTHWIRE COMPANY, LLC; and                    Case No.: 16-CV-5955-(PAE)

        Plaintiffs,

v.

GLENCORE AG; GLENCORE, LTD.; GOLDMAN
SACHS & CO.; GOLDMAN SACHS
INTERNATIONAL; HENRY BATH LLC; J. ARON &
COMPANY; JP MORGAN CHASE BANK, N.A.;
JP MORGAN SECURITIES PLC; METRO
INTERNATIONAL TRADE SERVICES, LLC;
MITSI HOLDINGS LLC; ACCESS WORLD (USA)
LLC; AND PACORINI VLISSINGEN BV.
        Defendants.
------------------------------------------------------------------X

## NOTICE OF APPEARANCE OF ALAN R. ARKIN

PLEASE TAKE NOTICE that Alan R. Arkin, an attorney admitted to practice before this Court, hereby appears as co-counsel on behalf of Plaintiffs Reynolds Consumer Products LLC and Southwire Company, LLC in this case and respectfully requests that all pleadings, notices, orders, correspondence, and other papers be served upon him at the following address:

        Alan R. Arkin
        Cohen Tauber Spievack & Wagner P.C.
        420 Lexington Avenue
        Suite 2400
        New York, New York 10170
        Telephone: (212) 381-8730
        Facsimile: (212) 586-5095
        Email: aarkin@ctswlaw.com

Dated: November 1, 2019
New York, New York

Respectfully submitted,

/s/ Alan R. Arkin
Alan R. Arkin
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Avenue
Suite 2400
New York, New York 10170
Telephone: (212) 381-8730
Facsimile: (212) 586-5095
Email: aarkin@ctswlaw.com

*Attorney for Plaintiffs Reynolds Consumer Products LLC and Southwire Company, LLC*