# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

November 26, 2019

Via ECF

The Honorable Paul A. Engelmayer,
   United States District Court,
      Southern District of New York,
         500 Pearl Street,
            New York, New York 10007-1312

      Re: *In re Aluminum Warehousing Antitrust Litigation*, 13-MD-2481-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

      I write on behalf of all defendants in the above-captioned case. Plaintiffs Reynolds Consumer Products LLC and Southwire Company, LLC filed their Amended Complaint on November 20, 2019 (ECF No. 99). Under Federal Rule of Civil Procedure 15(a)(3), defendants' Answers are due on December 4, 2019. Defendants are requesting an extension of time to file their Answers until January 10, 2020, due to the upcoming holidays. Defendants do not believe the requested extension will affect the progress of discovery, as defendants intend to Answer the Amended Complaint as opposed to filing motions to dismiss.

      Defendants have conferred with plaintiffs' counsel, who have consented to this extension. This is defendants' first request for such an extension. Defendants therefore respectfully request that their deadlines for answering the Amended Complaint be extended to January 10, 2020.

Respectfully,

/s/ Richard C. Pepperman II

Richard C. Pepperman II

Granted.

11/27/19

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge