UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

MDL No. 2481

Master Docket No.
13-md-2481 (PAE)

**This Document Relates To:**
*Reynolds Consumer Prods. LLC v. Glencore AG,*
No. 16-cv-05955 (PAE)

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Anand C. Mathew for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois and that his contact information is as follows:

Anand C. Mathew
PALMERSHEIM & MATHEW LLP
401 N. Franklin Street, Suite 4S
Chicago, IL 60654
Tel: 312.705.3625
Fax: 312.878.2890
acm@thepmlawfirm.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Reynolds Consumer Products LLC and Southwire Company LLC in the above captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January 7, 2020

Honorable Paul A. Engelmayer
United States District Judge