UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ALUMINUM WAREHOUSING ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Reynolds Consumer Prods. LLC v. Glencore AG*,<br>No. 16-cv-05955 (PAE) | MDL No. 2481<br><br>Master Docket No.<br>13-md-2481 (PAE) |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Julie M. Mallen for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Illinois and that her contact information is as follows:

Julie M. Mallen
PALMERSHEIM & MATHEW LLP
401 N. Franklin Street, Suite 4S
Chicago, IL 60654
Tel: 312.705.3628
Fax: 312.878.2890
jmm@thepmlawfirm.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Reynolds Consumer Products LLC and Southwire Company LLC in the above captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January 7, 2020

*Paul A. Engelmayer*
Honorable Paul A. Engelmayer
United States District Judge