# EXHIBIT B

**Example Document with Keywords**

**bottleneck\* OR "bottle neck" OR "bottle-neck"**

# [REDACTED]

**Example Document with Keywords**

**(support\* OR increas\* OR squeez\* OR high\* OR pressur\* OR inflat\* OR que\* OR impact\*) w/5 premium\***

# [REDACTED]