# EXHIBIT E

**Ament-Stone, Nathaniel**

| | |
|---|---|
| **From:** | Timothy G. Parilla <tgp@thepmlawfirm.com> |
| **Sent:** | Monday, May 18, 2020 8:37 AM |
| **To:** | Ament-Stone, Nathaniel; 'Walter W. Noss'; Jill Manning; Lauer, Eliot; Semmelman, Jacques |
| **Cc:** | Derek Brandt; Allan Steyer; Stephanie Hackett; Todd Schneider; Kyle Bates; Robert J Palmersheim; Anand C. Mathew; Mrkonic, Matthew G. |
| **Subject:** | RE: External: RE: Ali - Discovery from GIAG and Pacorini Vliss |
| **Attachments:** | 2020-05-18 - GIAG  AW Vliss Discovery - Ps' Proposal - 4812-0475-5132.docx |

**\*\*\*EXTERNAL EMAIL\*\*\***
Counsel,

Attached please find our updated discovery proposal. Please let us know if you would like to discuss.

Best regards,



**Timothy G. Parilla**
Associate
PALMERSHEIM & MATHEW LLP
401 N. Franklin Street | Suite 4S
Chicago, Illinois 60654
Tel: 312.705.3627 | Fax: 312.878.2890
web |vCard |LinkedIn
**Confidentiality Note:** This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

---

**From:** Ament-Stone, Nathaniel
**Sent:** Sunday, May 17, 2020 2:06 PM
**To:** 'Walter W. Noss' ; Timothy G. Parilla ; Jill Manning ; Lauer, Eliot ; Semmelman, Jacques
**Cc:** Derek Brandt ; Allan Steyer ; Stephanie Hackett ; Todd Schneider ; Kyle Bates ; Robert J Palmersheim ; Anand C. Mathew ; Mrkonic, Matthew G.
**Subject:** RE: External: RE: Ali - Discovery from GIAG and Pacorini Vliss

Counsel:

We are available to meet and confer at 8:30 EDT tonight.

All the best,
Nathaniel

---

**From:** Walter W. Noss [mailto:wnoss@scott-scott.com]
**Sent:** Sunday, May 17, 2020 8:58 AM
**To:** Timothy G. Parilla; Ament-Su looking for?tone, Nathaniel; Jill Manning; Lauer, Eliot; Semmelman,

1

<u>**DOCUMENTS**</u>

<u>**Custodians:**</u>

Gary Fegel
Robin Scheiner
Simon Yntema

<u>**Time Frame:**</u>

April 1, 2010 to December 31, 2014

<u>**Search Terms:**</u>

**EMAIL DOMAIN PARAMETERS**

***Include*** communications with

**(1) any of the following email domains;**
- glencore-us.com
- gs.com
- henrybath.com
- jpmorgan.com
- metroftz.com
- pacoriniusa.com
- bap.uk.com
- redkitemgmt.com
- rkcapital.co.uk
- db.com
- steinweg.com


**(2) email domains for any affiliate of Goldman Sachs, Henry Bath, JPMorgan, and Metro (if known);**

**(3) internal GIAG or AW Vlissingen emails referring to communications with Goldman Sachs, Henry Bath, JPMorgan, ~~or~~ Metro, Red Kite, Steinweg, or Deutsche Bank;**

**(4) internal GIAG or AW Vlissingen emails relating to queues at Detroit or Vlissingen; and**

**(~~4~~5) Emails sent TO (@platts.com), (@fastmarkets.com), or (@metalbulletin.com)**

**KEYWORDS**

***Within*** **email domain parameters (1)-(~~3~~4), search for any of the following strings:**

- bottleneck* OR "bottle neck" OR "bottle-neck"
- "critical mass" OR stockpile
- (cue or que* or q) w/5 (Det* OR Vliss* OR Flushing)
- cancel* w/5 (Det* OR Vliss* OR Flushing OR que* OR q OR cue)
- (support* OR increas* OR squeez* OR high* OR pressur* OR inflat* OR que* OR impact*) w/5 premium*
- (block* OR clog* OR manag*) w/5 (que* OR q OR cue*)
- swap w/10 (Det* OR Vliss* OR Flushing)
- (rewarrant* OR re-warrant*) w/10 (Det* OR Vliss* OR Flushing)
- boomerang*
- "LOCKUP REPORT"
- "ANNEX DEAL"
- "under Pacorini" w/10 "instruction"
- "Vlissingen" w/10 ("calc" OR "calculation")
- "Detroit" w/10 ("calc" OR "calculation")
- "locked" AND "floating"

## DEPOSITIONS

Robin Scheiner, individually and as the Rule 30(b)(6) designee

## DATA

### To Pacorini (Vlissingen)

1. Data sufficient to show your end-of-day (or if not tracked daily, then in the most specific form available) inventory of primary aluminum stored at Pacorini (Vlissingen) locations between January 1, 2010 to December 31, 2014.

   a. Aluminum held on-warrant at all locations broken down on a location-by-location basis; and
   b. Aluminum held off-warrant at all locations broken down on a location-by-location basis.

2. Data sufficient to show all payments and/or incentive agreements or any other agreements that were paid and/or agreed to induce the storage of aluminum or to extend the storage period of aluminum at Pacorini (Vlissingen) locations between January 1, 2010 to December 31, 2014.

### To Glencore International AG

1. Data sufficient to show your end-of-day (or if not tracked daily, then in the most specific form available) primary aluminum holdings at LME warehouses in Detroit and

Vlissingen between January 1, 2010 to December 31, 2014, excluding Asia.

2.   Data sufficient to show your end-of-day (or if not tracked daily, then in the most specific form available) primary aluminum holdings at non-LME warehouses, i.e., off-warrant, in Detroit and Vlissingen between January 1, 2010 and December 31, 2014, excluding Asia.

2.3. Data sufficient to show your purchases and sales of primary aluminum between January 1, 2010 and December 31, 2014, including volume, price, and any premiums, excluding Asia[1].

## **ADDITIONAL**

Provide Rule 26(a) disclosures for by GIAG and PVliss.

---

[1] For purposes of these Data Requests, Russia is not considered as part of Asia.