# EXHIBIT G

**Ament-Stone, Nathaniel**

| | |
|---|---|
| **From:** | Anand C. Mathew <ACM@thepmlawfirm.com> |
| **Sent:** | Wednesday, February 12, 2020 12:51 PM |
| **To:** | Ament-Stone, Nathaniel; Timothy G. Parilla; 'Pauwels, Andrew M.'; 'Mrkonic, Matthew G.'; Robert J Palmersheim; Min H Ro; hans@sullcrom.com; 'Eldridge, Jackson D.'; 'Ely, Alex'; Chang, Andrew; Julia.York@skadden.com; Moore, III, James |
| **Subject:** | RE: Aluminum: Call re: Reynolds/Southwire documents |

**\*\*\*EXTERNAL EMAIL\*\*\***

Nathaniel-

We will agree to search Stu Thorn for the limited time period you proposed (2013-2014).

As for Pace and Semple, this seems more akin to a fishing expedition likely to turn up an inordinate amount of irrelevant documents and add unnecessary burden and expense. Moreover, the generic search terms you proposed are certainly not tailored to seeking the type of specific information described in your email. Given that the generic search terms for these two custodians resulted in over 15,000 documents, we do not believe the request meets the proportionality standard under Rule 26(b)(1). This is especially so because we have already agreed to provide responsive sales data. That said, if you want to propose some targeted search terms specific to the sales-side custodians, we will consider them.

Anand



**Anand C. Mathew**
Partner
PALMERSHEIM & MATHEW LLP
401 N. Franklin Street | Suite 4S
Chicago, Illinois 60654
Tel: 312.705.3625 | Fax: 312.878.2890

web |vCard |LinkedIn

**Confidentiality Note:** This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

---

**From:** Ament-Stone, Nathaniel
**Sent:** Monday, February 10, 2020 10:10 PM
**To:** Anand C. Mathew ; Timothy G. Parilla ; 'Pauwels, Andrew M.' ; 'Mrkonic, Matthew G.' ; Robert J Palmersheim ; Min H Ro ; hans@sullcrom.com; 'Eldridge, Jackson D.' ; 'Ely, Alex' ; Chang, Andrew ; Julia.York@skadden.com; Moore, III, James
**Subject:** RE: Aluminum: Call re: Reynolds/Southwire documents

Hi Anand,

As with Stu Thorn, we can only guess what is in Pace's and Semple's documents without having seen them. But at the very least, we would be interested in (1) negotiations between sales personnel and buyers, where the alleged rise in