

**Curtis, Mallet-Prevost, Colt & Mosle LLP**

Almaty
Beijing
Buenos Aires
Dubai
Frankfurt
Geneva
Houston
London

Mexico City
Milan
Muscat
Nur-Sultan
Paris
Rome
Washington, D.C.

101 Park Avenue
New York, New York 10178-0061

August 19, 2020

Telephone +1 212 696 6000
Facsimile +1 212 697 1559
www.curtis.com

**Jacques Semmelman**
Tel: +1 212 696 6067
Fax: +1 917 368 8992
E-Mail: jsemmelman@curtis.com

Granted.

SO ORDERED.

*[signature]*

August 20, 2020

PAUL A. ENGELMAYER
United States District Judge

<u>VIA ECF</u>
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Letter Motion for Approval of Redacted Filing in Reynolds Consumer Prods. LLC and Southwire Co., LLC v. Glencore AG et al., Case No. 16-cv-05955-PAE (S.D.N.Y.)*

Dear Judge Engelmayer,

We write on behalf of Defendant Glencore Ltd. ("Glencore") in reference to Glencore's letter to the Court being filed today. This letter refers to deposition testimony that was produced on an Attorneys' Eyes Only basis subject to the Protective Order in the consolidated *Aluminum* matter (Consolidated Dkt., ECF No. 381), and which was docketed under seal as Exhibits C and D to Plaintiffs Reynolds Consumer Products LLC and Southwire Company, LLC's August 7, 2020 filing. (Reynolds/Southwire Dkt., ECF Nos. 179-3, 179-4.)

Accordingly, in order to prevent improper public disclosure of protected information, Glencore respectfully requests leave of the Court to file this letter under seal. Pursuant to Section (4)(B)(2) of Your Honor's Individual Rules and Practices in Civil Cases, Glencore is "(a) publicly fil[ing] the document[s] with the proposed redactions, and (b) electronically fil[ing] under seal a copy of the unredacted document with the proposed redactions highlighted" through the ECF system.  We are available to discuss this request at the Court's convenience.

Respectfully submitted,

*/s/ Jacques Semmelman*
Jacques Semmelman

cc: All counsel (via ECF)