<u>**VIA ECF**</u>

March 15, 2021

Honorable Paul A. Engelmayer
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      RE:     *In re Aluminum Warehousing Antitrust Litigation*, No. 13-md-2481
                  *Reynolds Consumer Products LLC v. Glencore AG*, No. 16-cv-5955

Dear Judge Engelmayer:

      During the March 12, 2021 status conference in this matter, the Court asked the parties to submit a proposed revised schedule under which replies in support of summary judgment motions would be due in mid-March of 2022. The parties respectfully submit the following proposed schedule pursuant to the Court's request.

- Plaintiffs' expert report(s) shall be produced (along with backup data and code) not later than Wednesday, June 2, 2021;

- Defendants' expert report(s) shall be produced (along with backup data and code) not later than Tuesday, August 31, 2021;

- Plaintiffs' reply report(s) shall be produced (along with backup data and code) not later than Tuesday, October 26, 2021;

- Expert depositions shall be completed by Friday, November 12, 2021;

- Pre-motion conference letters shall be filed by Friday, November 16, 2021;

- Motions for summary judgment and *Daubert* motions shall be due not later than Friday, December 17, 2021;

- Oppositions shall be due not later than Monday, February 14, 2022; and

- Replies shall be due not later than Wednesday, March 16, 2022.

The Honorable Paul A. Engelmayer
March 15, 2021
Page 2

- A hearing on summary judgment shall be set as directed by the Court following the conclusion of briefing.

                                  Respectfully submitted,

/s/ David Ettinger
Honigman LLP
Counsel for Reynolds Consumer Products LLC and Southwire Company, LLC

/s/ Robert D. Wick
Covington & Burling LLP
Counsel for JP Morgan Defendants

/s/ Robert J. Palmersheim
Palmersheim & Matthew, LLP
Counsel for Reynolds Consumer Products LLC and Southwire Company, LLC

/s/ Richard C. Pepperman II
Sullivan & Cromwell LLP
Counsel for Goldman Sachs Defendants

/s/ Eliot Lauer
Curtis, Mallet Prevost, Colt & Mosle LLP
Counsel for Glencore Defendants

/s/ Boris Bershteyn
Skadden, Arps, Slate, Meagher & Flom LLP
Counsel for Access World (USA) LLC

The Court adopts the schedule set forth above for the completion of expert discovery, motions for summary judgment, and *Daubert* motions in case 16 Civ. 5955. The Court thanks the parties for their collegiality and flexibility in preparing this revised schedule.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

March 16, 2021