

**Anand C. Mathew**
Partner
PALMERSHEIM & MATHEW LLP
401 N. Franklin Street, Suite 4S
Chicago, Illinois 60654
acm@thepmlawfirm.com

April 18, 2022

<u>*Via Electronic Case Filing*</u>

Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1305
New York, NY 10007

RE:   *In re Aluminum Warehousing Antitrust Litigation*, No. 13-md-2481;
      *Reynolds Consumer Products LLC v. Glencore AG*, No. 16-cv-5955

Dear Judge Engelmayer:

    I write on behalf of the parties to notify the Court that Plaintiffs Reynolds Consumer Products LLC and Southwire Company LLC have reached a settlement in principle with all Defendants in this matter. The parties jointly request that the Court stay the current briefing schedule on motions for summary judgment and *Daubert* motions for 21 days to allow the parties to finalize a written settlement agreement that provides for dismissal of the case. The current deadline for Plaintiffs' response to Defendants' motion for summary judgment and *Daubert* motion is today, April 18, 2022, and Defendants' reply is due May 20, 2022.

    Sincerely,

    Anand C. Mathew

cc:   All Counsel—by ECF