

**Robert J. Palmersheim**
Partner
PALMERSHEIM & MATHEW LLP
401 N. Franklin Street, Suite 4S
Chicago, Illinois 60654
rjp@thepmlawfirm.com

May 20, 2022

<u>*Via Electronic Case Filings*</u>

Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1305
New York, NY 10007

**RE:**   *In re Aluminum Warehousing Antitrust Litigation*, No. 13-md-2481;
*Reynolds Consumer Products LLC v. Glencore AG*, No. 16-cv-5955

Dear Judge Engelmayer:

      I write on behalf of the parties to notify the Court that Plaintiffs Reynolds Consumer Products LLC and Southwire Company LLC and all Defendants are very close to finalizing their settlement agreement. The parties jointly request that the Court continue the stay of the current briefing schedule on motions for summary judgment and *Daubert* motions for an additional 8 days, until May 31. The current deadline for the stay is May 23, 2022. The parties will endeavor to submit a motion dismissing the case in advance of the proposed May 31 deadline.

Sincerely,

Robert J. Palmersheim

cc:   All Counsel—by ECF